Name & Address: Michael A. Painter, #43600
Isaacman, Kaufman & Painter
8484 Wilshire Boulevard, Suite 850
Beverly Hills, California 90211
(323) 782-7700

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ASPEX EYEWEAR, INC., et al | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV01-10396-MMM(CWx) |
| v. | |
| MIRACLE OPTICS, INC., et al | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

1. Notice of Motion and Motion to Dismiss Plaintiff's Claims for Infringement of U.S. Patent No. 6,109,747 Memorandum of Law in Support Thereof;
2. Declaration of Jeffrey A. Schwab in Support of Motion to Dismiss Plaintiff's Claim ...

**Document Description:**

- ☐ Administrative Record
- ☑ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☑ Other  Motion and Exhibits

**Reason:**

- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required (*reason*):

May 18, 2009
Date

Attorney Name   Michael A. Painter
Defendants
Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                                    NOTICE OF MANUAL FILING