Michael A. Nicodema (*pro hac vice*)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
Telephone (212) 801-2100
Facsimile (212) 688-2449

Jon E. Hokanson (State Bar #118829)
Josephine Brosas (State Bar # 239342)
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 N. Figueroa Street, Suite 1200
Los Angeles, CA 90012
Telephone (213) 680-5050
Facsimile (213) 250-7900

Attorneys for Plaintiffs ASPEX EYEWEAR, INC, et al.

Michael A. Painter (State Bar #43600)
8484 Wilshire Boulevard, Suite 850
Beverly Hills, CA 90211
Telephone (323) 782-7700
Facsimile (323) 782-7744

Jeffrey A. Schwab (*pro hac vice*)
ABELMAN, FRAYNE & SCHWAB
666 Third Avenue
New York, New York 10017
Telephone (212) 949-9022
Facsimile (212) 949-9190
Attorneys for Defendants MIRACLE OPTICS, INC. AND VIVA OPTIQUE, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASPEX EYEWEAR, INC., MANHATTAN DESIGN STUDIO, INC., CONTOUR OPTIK, INC., and ASAHI OPTICAL CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> MIRACLE OPTICS, INC., AND VIVA OPTIQUE, INC. <br><br> Defendants. | Case No. CV 01-10396 MMM (CWx) <br><br> The Hon. Margaret M. Morrow <br><br> Courtroom 780 (Roybal) <br><br> **STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties to the above captioned action, subject to the approval of the Court, that:

1. this Court has jurisdiction over the subject matter of this action;

2. this Court has, and shall retain jurisdiction over the parties hereto, and all those bound hereunder, for purposes of enforcement of a confidential Settlement Agreement executed by the parties to the above captioned action with an effective date of January 15, 2010; and

3. in accordance with the aforementioned confidential Settlement Agreement, this action, including all claims and counterclaims, and including without limitation all claims presently known or unknown arising from the individual allegations made therein, is hereby dismissed in its entirety with prejudice, against all parties, and each party shall bear its own costs and attorney fees.

/

/

| | | |
|---|---|---|
| 1 | DATED: January 20, 2010 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 2 | | |
| 3 | | By: /s *Jon E. Hokanson* |
| 4 | | Jon E. Hokanson (State Bar #118829)<br>Josephine Brosas (State Bar # 239342) |
| 5 | | 221 N. Figueroa Street, Suite 1200<br>Los Angeles, CA 90012<br>Telephone (213) 680-5050 |
| 6 | | Facsimile (213) 250-7900 |
| 7 | | GREENBERG TRAURIG, LLP |
| 8 | | Michael A. Nicodema (*pro hac vice*)<br>200 Park Avenue |
| 9 | | New York, New York 10166<br>Telephone (212) 801-2100 |
| 10 | | Facsimile (212) 688-2449 |
| 11 | | Attorneys For Plaintiffs |
| 12 | DATED: January 20, 2010 | ABELMAN, FRAYNE & SCHWAB |
| 13 | | |
| 14 | | |
| 15 | | By: /s *Jeffrey A. Schwab*<br>Jeffrey A. Schwab (*pro hac vice*) |
| 16 | | 666 Third Avenue<br>New York, New York 10017 |
| 17 | | Telephone (212) 949-9022<br>Facsimile (212) 949-9190 |
| 18 | | ISAACMAN, KAUFMAN & PAINTER |
| 19 | | Michael A. Painter (State Bar #43600)<br>8484 Wilshire Boulevard, Suite 850<br>Beverly Hills, CA 90211 |
| 20 | | Telephone (323) 782-7700<br>Facsimile (323) 782-7744 |
| 21 | | Attorneys for Defendants |