| | |
|---|---|
| Michael A. Nicodema (*pro hac vice*)<br>GREENBERG TRAURIG, LLP<br>200 Park Avenue<br>New York, New York 10166<br>Telephone (212) 801-2100<br>Facsimile (212) 688-2449 | E-FILED : 01.20.10<br><br>JS-6 |

Jon E. Hokanson (State Bar #118829)
Josephine Brosas (State Bar # 239342)
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 N. Figueroa Street, Suite 1200
Los Angeles, CA 90012
Telephone (213) 680-5050
Facsimile (213) 250-7900
Attorneys for Plaintiffs ASPEX EYEWEAR, INC, et al.

Michael A. Painter (State Bar #43600)
ISAACMAN, KAUFMAN & PAINTER
8484 Wilshire Boulevard, Suite 850
Beverly Hills, CA 90211
Telephone (323) 782-7700
Facsimile (323) 782-7744

Jeffrey A. Schwab (*pro hac vice*)
Anthony J. DiFilippi (*pro hac vice*)
ABELMAN, FRAYNE & SCHWAB
666 Third Avenue
New York, New York 10017
Telephone (212) 949-9022
Facsimile (212) 949-9190
Attorneys for Defendants MIRACLE OPTICS, INC. AND VIVA OPTIQUE, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASPEX EYEWEAR, INC., MANHATTAN DESIGN STUDIO, INC., CONTOUR OPTIK, INC., and ASAHI OPTICAL CO., LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>MIRACLE OPTICS, INC., AND VIVA OPTIQUE, INC.<br><br>Defendants. | Case No. CV 01-10396 MMM (CWx)<br><br>The Hon. Margaret M. Morrow<br>Courtroom 780 (Roybal)<br><br>**[PROPOSED]** ORDER DISMISSING ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE |

1  The Court, having considered the Stipulation of the parties and for good cause
2  shown, it is HEREBY ORDERED that:
3  The above-captioned action, including all claims and counterclaims, is
4  dismissed in its entirety with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the
5  Federal Rules of Civil Procedure.  Each party shall bear its own costs and attorney
6  fees.
7  This Court has, and shall retain jurisdiction over the parties hereto, and all
8  those bound hereunder, for purposes of enforcement of the confidential Settlement
9  Agreement referenced in the Stipulation of the parties.
10
11  **IT IS SO ORDERED.**
12
13  Dated:  January 20, 2010                    _____
14                                                          United States District Court Judge